UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

Cheri LaBlanche, M.D.

**Plaintiff**

Versus

CIVIL ACTION NO. _____

Spring ISD, York Risk Services

& Texas TDI/DWC

**Defendants**

ORIGINAL COMPLAINT

Now comes the Plaintiff, Cheri LaBlanche, M.D., who respectfully demands a **Jury Trial**. The above defendants have **"failed"** to provide the plaintiff **"due process of law"**. Thereby the plaintiff files this complaint in the U.S. District Court which exercises "original" jurisdiction over this civil action which arises under the U.S Constitution, amendments, and laws of the United States.

The above defendants have failed to provide the Plaintiff "due process of law" by the following:

1. Denial of the August 20, 2015, DWC "Commissioner Ordered" Change of Treating Doctor to Dr. Carolyn Williams.
2. Denial of Appeal Panel review of the defendant's April 19, 2016, Appeal filed with the DWC Clerk of Proceedings in a timely manner.
3. Failure of Spring ISD self-insured, insurance carrier York Risk Services to pay all Indemnity benefits and medical benefits entitled to the defendant based on the recommendations of the "Commissioner Ordered" Treating Doctor, Dr. Carolyn Williams.
4. Failure of Spring ISD self- insured, insurance carrier to pay Dr. Carolyn Williams ("Commissioner Ordered" Treating Doctor) and Dr. Kelley Samuel, Designated Doctor for services rendered in compliance with the law.
5. Failure of the DWC to investigate the defendant's complaint, Problem Report ID# 106237 on the specific premises outlined in the complaint. Instead changing and fabricating a "new" premise for the defendant's complaint, committing "fraud" and averting justice causing the defendant harm.
6. Failure of Spring ISD to "disclose" and grant the plaintiff "Assault" Leave and the opportunity to return to work upon "release" by the Commissioner Ordered" Treating Doctor, Dr. Carolyn Williams.

The plaintiff seeks relief in the form of "due process of law" with regards to the above six (6) violations, that they are corrected. The plaintiff demands payment of all indemnity benefits and medical benefits past due with interest. And an additional twelve (12) percent interest as afforded by law upon conclusion. Furthermore, the plaintiff requests that the court impose a "penalty" on each defendant for violation of the plaintiff's right to due process. The plaintiff seeks monetary damages for pain and suffering as a direct result of the defendant's actions in the form of "compensatory" damages and "punitive" damages. Finally, the plaintiff prays that the court will process this lawsuit in an equitable and fair manner in accordance with the law.

### Certificate of Service

I certify that a complete copy of this document was delivered to the defendant's attorneys/ representatives.

Respectfully Submitted,

Cheri LaBlanche, M.D.

26123 Lillian Springs

Spring, Texas 77373

(832)267-2983